HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
GIOVANI DE JESUS RODRIGUEZ-AGUIRRE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GIOVANI DE JESUS RODRIGUEZ-AGUIRRE,<br><br>　　　　　　Defendant. | No. Cr. S 22-28 KJM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: The Honorable KIMBERLY J. MUELLER |

Defendant, GIOVANI DE JESUS RODRIGUEZ-AGUIRRE, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:[1]

　　　　1.　　　　Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable;

---

[1] Defendant's counsel enters into this stipulation after having examined the pertinent documents including the presentence report, statement of reasons, and judgment, and conferring with the defendant and/or his trial counsel. Defendant's projected release date is May 6, 2024.

Stipulation and Order Re: Sentence Reduction　　　　　　　　1

2. The United States Sentencing Commission recently amended the Sentencing Guidelines to include what now appears in USSG § 4C1.1 ("zero-point provision"). *See* Amendment 821, Part B, Subpart 1. The zero-point provision provides a 2-offense-level reduction for certain offenders who present zero criminal history points and satisfy the criteria listed in USSG § 4C1.1(a);

3. On October 5, 2022, this Court sentenced Mr. Rodriguez-Aguirre to a term of 32 months imprisonment;

4. Mr. Rodriguez-Aguirre's total offense level was 21, his criminal history category was I (having no criminal history points), and the resulting guideline range was 37 to 46 months;

5. The sentencing range applicable to Mr. Rodriguez-Aguirre was subsequently lowered by the zero-point provision;

6. Mr. Rodriguez-Aguirre is eligible for a reduction in sentence, which reduces his total offense level by 2 from 21 to 19, resulting in an amended advisory guideline range of 30 to 37 months;

7. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Rodriguez-Aguirre's term to 30 months. If the amount of time served as of the effective date of the Court's order exceeds 30 months, the sentence is instead reduced to a sentence of time served in which case, the order should be stayed for up to ten (10) days to allow the Bureau of Prisons to perform its statutory duties and release planning.

8. <u>United States' statement regarding its stipulation</u>[2]: Defendant was convicted of Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl in violation of 21 U.S.C. §§ 846 and 841(a)(1). The United States enters into this stipulation after reviewing the Presentence Investigation Report, Statement of Reasons, Judgment, the defendant's Bureau of Prisons ("BOP") disciplinary history, and after conferring with the prosecuting Assistant United States Attorney. Probation recommended a sentence of 46 months, which was the low end of the guideline range as calculated in the final PSR. ECF No. 24-1 (PSR); *see also* ECF No. 30 (Amended PSR). The government recommended a sentence at the low end of the guideline

---

[2] This statement is provided by the United States and is not part of the parties' stipulation.

range as found by the Court.  PSR ¶ 81.  The defendant recommended a sentence five months below the low end of the advisory guideline range found by the Court.  ECF No. 26 at 2–3.  At sentencing, the Court varied down from the low end of the guideline range based on the 3553(a) factors including its finding that the case was based on a one-time transaction, the case resolved promptly, the defendant's history of responsibility for a minor child, and the defendant's lack of scorable criminal history.  *See* SOR.

Respectfully submitted,

| | |
|---|---|
| Dated:  February 12, 2024 | Dated:  February 12, 2024 |
| PHILLIP A. TALBERT<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Shelley D. Weger*<br>SHELLEY D. WEGER<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>GIOVANI DE JESUS RODRIGUEZ-AGUIRRE |

**ORDER**

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Rodriguez-Aguirre is entitled to the benefit of Amendment 821, Part B, Subpart 1, the new zero-point provision, which reduces the total offense level from 21 to 19, resulting in an amended guideline range of 30 to 37 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in October 2022 is reduced to a term of 30 months.  If the amount of time served as of the effective date of the Court's order exceeds 30 months, the sentence is instead reduced to time served, in which case, this order is stayed for up to ten (10) days to allow the Bureau of Prisons to perform its statutory duties and release planning.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Rodriguez-Aguirre shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  February 21, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE